1   AARON D. FORD
      Attorney General
2   MEREDITH N. BERESFORD, Bar No. 13308
      Deputy Attorney General
3   State of Nevada
    Public Safety Division
4   100 N. Carson Street
    Carson City, NV  89701-4717
5   Tel: (775) 684-1120
    E-mail: mberesford@ag.nv.gov
6
    *Attorneys for Defendants*
7   *Miguel Sandoval*

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10  RAKIM CADDELL,
                                              Case No.  3:19-cv-00053-MMD-WGC
11                  Plaintiff,

12  v.                                          **ORDER GRANTING
                                              MOTION FOR EXTENSION OF
13  WILLIAM GITTERE, *et al*.,                DISPOSITIVE MOTION DEADLINE 60
                                                          DAYS**
14                  Defendants.

15          Defendant, Miguel Sandoval, by and through counsel, Aaron D. Ford, Attorney General of the

16  State of Nevada, and Meredith N. Beresford, Deputy Attorney General, hereby files this Motion for

17  Extension of Dispositive Motion Deadline 60 days. This motion is based on Federal Rule of Civil

18  Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and

19  pleadings on file in this action.

20                  **MEMORANDUM OF POINTS AND AUTHORITIES**

21  **I.      ARGUMENT**

22          Defendants respectfully request an extension of time to October 23, 2020 to file dispositive

23  motions from the current deadline of August 24, 2020, set forth in the Court's previous Order(ECF No.

24  26). Counsel previously informed the Court that DAG Beresford and Counsel for Plaintiff are engaged

25  in settlement discussions. DAG Beresford is requesting the Court extend the dispositive motion

26  deadline an additional 60 days to allow for fruitful negotiations. An initial offer has been made;

27  however, DAG Beresford anticipates negotiations prior to any firm agreement. Additionally, Counsel

28  for Plaintiff needs to file a Notice of Appearance and was unavailable for discussions last week.

                                              1

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows: When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice fi the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The requested extension of time should afford Defendants adequate time to prepare and file a motion for summary judgment in this case as well as engage in good faith settlement negotiations with Plaintiff.

For these reasons, Defendants respectfully request a 60-day extension of time from the current deadline to file a motion for summary judgment in this case, with a new deadline to and including Friday, **October 23, 2020**. Likewise, Defendants respectfully request that the Court revise the deadline for the joint pretrial order to be modified accordingly as set forth below.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Schedule for Remaining Deadlines**

Dispositive motion deadline                                                **October 23, 2020**

     Joint pretrial order (if no dispositive motions pending)*          **November 23, 2020**

     *Or 30 days after the decision of any pending dispositive motions.

     DATED this 24th day of August, 2020.

                        AARON D. FORD
                        Attorney General

                        By:       */s/Meredith N. Beresford*
                                MEREDITH N. BERESFORD, Bar No. 13308
                                Deputy Attorney General

                                *Attorneys for Defendants*

**There shall be no further extensions granted barring unforeseen and extenuating circumstances.**

                                 **IT IS SO ORDERED.**

                                William G. Cobb
                                **UNITED STATES MAGISTRATE JUDGE**

                                **DATED:** August 25, 2020