1  AARON D. FORD
   Attorney General
2  MEREDITH N. BERESFORD, Bar No. 13308
   Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, NV 89701-4717
5  Tel: (775) 684-1120
   E-mail: mberesford@ag.nv.gov
6
   *Attorneys for Defendants*
7  *Miguel Sandoval*

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10 RAKIM CADDELL,
                                    Case No. 3:19-cv-00053-MMD-WGC
11            Plaintiff,

12 v.                                **STIPULATION AND ORDER FOR**
                                     **DISMISSAL WITH PREJUDICE**
13 WILLIAM GITTERE, et al.,

14            Defendants.

15

16    IT IS HEREBY STIPULATED by and between Rakim Caddell, by and through counsel, Catherine

17 K. Ramsey, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of

18 Nevada, and Meredith N. Beresford, Deputy Attorney General, hereby stipulate and agree, based upon

19 the agreement to settle between the parties, that the above-captioned action should be dismissed with

20 prejudice by order of this Court, with each party to bear his own costs.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Each party will bear its own attorney's fees and costs.

DATED this 10th day of September 2020.   DATED this 24th day of September 2020.

AARON D. FORD
Attorney General

By: /s/ Catherine K. Ramsey
CATHERINE K. RAMSEY, Bar No. 8109
*Attorney for Rakim Caddell*

By: /s/ Meredith N. Beresford
MEREDITH N. BERESFORD, Bar No. 13308
Deputy Attorney General
*Attorneys for Defendants*

By: /s/ Rakim Caddell
RAKIM CADDELL
*Plaintiff*

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: September 24, 2020

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 24th day of September, 2020, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Craig A. Mueller, Esq.
Mueller & Associates
723 S. 7th Street
Las Vegs, NV 89101
electronicservice@craigmuellerlaw.com

/s/ Roberta W. Bibee
An employee of the
Office of the Attorney General

3